# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1463
5D23-1545
LT Case Nos. 2019-CA-005167
2018-CA-006995
2018-CA-000163
2018-CA-001984
2018-CA-007261

_____

MARONDA HOMES, INC., OF
FLORIDA AND JROD PLASTERING,
LLC.,

     Appellants,

     v.

SOUTHERN-OWNERS INSURANCE
COMPANY, TRACY RANSOM,
ANDREA RANSOM, NATION
INSURANCE AGENCY, INC., AND
RENEE KLINE,

     Appellees.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Pierre J. Seacord. Martin T. Buckley and Brandon S. Peters, of
Buckley, Seacord & Justice, P.A., Orlando, for Appellant
Maronda Homes, Inc. of Florida.

Rick L. Martindale, of The Martindale Law Group, Orlando, for
Appellant Jrod Plastering, LLC.

Gennifer L. Bridges and Peter C. Vilmos, of Burr & Forman LLP, Orlando and M. Scott Thomas, of Burr & Forman LLP, Jacksonville, for Appellee Southern-Owners Insurance Company.

No Appearance for Other Appellees.

April 11, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____